STATE OF NEW JERSEY v. EDWARD JOHN SOUDER.

January 18, 1973. Petition for certification dismissed.

HERBERT GROSS v. ROBERT J. COAR.

January 18, 1973. Petitions for certification denied.

JOHN M. SKEVIN v. FREDERICK F. WENDEL.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BRADLEY.

January 18, 1973. Petition for certification denied.

FRANCIS TRIANO v. CARBON STEEL PRODUCTS CORP.

January 18, 1973. Petition for certification granted.

PASQUALE GUARIGLIA v. ANN J. NOVAK.

January 18, 1973. Petition for certification denied.